# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | ESI SERVICE CORP. |
| **Case Number:** | 16-07208-JMC-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 16, 2016 01:30 PM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### Matter:

Show Cause Hearing re:  Schedules and Statement of Financial Affairs [45, 46]

**R / M #:**   0 / 0

### Appearances:

JOHN C. HOARD, ATTORNEY FOR DEBORAH J. CARUSO
JAMES E ROSSOW, ATTORNEY FOR DEBORAH J. CARUSO
MEREDITH R. THEISEN, ATTORNEY FOR DEBORAH J. CARUSO
DEBORAH J. CARUSO, TRUSTEE
JAY JAFFE, ATTORNEY FOR ESI SERVICE CORP.
THOMAS C SCHERER, ATTORNEY FOR CERBERUS BUSINESS FINANCE, LLC

### Proceedings:

Disposition:  Hearing held. Pursuant to Bankruptcy Code section 521-a-1-B, debtor makes oral motion that the Court relieve debtor of taking any further action regarding verification of the schedules and statement of financial affairs.  The Court grants said motion.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**