UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ESI SERVICE CORP.,              ) | Case No. 16-07208-JMC-7 |
| ) | |
| Debtor(s)          ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND DEADLINE TO OBJECT (NFR)

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), Deborah J. Caruso, trustee of the above styled estate (the "Trustee"), has filed a Final Report which is summarized in the attached Summary of Trustee's Final Report. The complete Final Report is available for inspection on the case website at https://omniagentsolutions.com/itt or at the Office of the Clerk, at the following address: 116 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204.

**PLEASE TAKE FURTHER NOTICE** that the Final Report is the official record of the administration and final determination of the final allowance or disallowance of the claims in this case and the proposed distribution to allowed claims.

**PLEASE TAKE FURTHER NOTICE** that any person wishing to object to the Final Report, must file a written objection within **21 days** from the mailing of this notice, together with a request for a hearing and serve a copy of upon the Trustee and the United States Trustee. If no objections are filed, the Trustee may pay dividends pursuant to Fed. R. Bankr. P. 3009 without further order from the Court.

**PLEASE TAKE FURTHER NOTICE** that you **DO NOT** need to file a proof of claim or take any further action to receive your proposed distribution as indicated in the attached Summary of Trustee's Final Report.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Trustee's Motion for Authority for Certain Procedures in Connection with the Final Administration of the Affiliated Debtors' Bankruptcy Estates* (the "Final Administration Procedures Order") [Doc 5306] entered on June 27, 2023, in the event there are any required modifications to the Final Report, the Trustee will only file a Revised Distribution Report. You will only receive direct notice by U.S. Mail of the Revised Distribution Report if it results in creditors receiving distributions that are more than 0.5% less than originally listed in the Final Report. To the extent the Revised Distribution Report results in creditors receiving distributions that are no more than 0.5% less than originally listed in the Final Report or receiving distribution greater than originally listed in the Final Report, the Revised Distribution Report will only be posted on the case website at https://omniagentsolutions.com/itt and no further notice will be sent to you.

Date Mailed:    9/25/2023                      By:    */s/ Deborah J. Caruso*
                                                              Deborah J. Caruso, Trustee

Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 453-8628

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:                          )
                                )
ESI SERVICE CORP.               )   Case No. 16-07208-JMC-7
                                )
            Debtor(s)           )

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                $27,581,456.32
*and approved disbursements of*                                      $3,292,904.21
*leaving a balance on hand of[1]:*                                  $24,288,552.11

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:         $0.00
Remaining balance:                    $24,288,552.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Deborah J. Caruso, Trustee Fees | $142,076.98 | $0.00 | $142,076.98 |
| Deborah J. Caruso, Trustee Expenses | $4,623.20 | $0.00 | $4,623.20 |
| Other: Mark Huber, Other Professional Fees | $83,360.00 | $83,360.00 | $0.00 |
| Other: Omni Management Group, Other Professional Fees | $46.67 | $46.67 | $0.00 |
| Other: First Source, Collection Agent for Trustee Fees | $83,843.76 | $83,843.76 | $0.00 |
| Other: University Accounting Services, LLC, Collection Agent for Trustee Fees | $103,912.65 | $103,912.65 | $0.00 |

Total to be paid for chapter 7 administrative expenses:       $146,700.18
Remaining balance:                                         $24,141,851.93

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:        $0.00
Remaining balance:                                         $24,141,851.93

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $194,764.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 227b | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $100.48 | $0.00 | $100.48 |
| 258 | KEITH WOODMAN | $243.30 | $0.00 | $243.30 |
| 449Aa | Brenda L Albright | $1,735.71 | $0.00 | $1,735.71 |
| 449Ab | Daniel L Childress | $886.43 | $0.00 | $886.43 |
| 449Ac | Todd Deckard | $386.08 | $0.00 | $386.08 |
| 449Ad | Joann Getchell | $1,119.10 | $0.00 | $1,119.10 |
| 449Ae | Tasheer Syed | $2,309.63 | $0.00 | $2,309.63 |
| 449Af | Regina Taylor | $101.58 | $0.00 | $101.58 |
| 602Aa | CALIFORNIA DEPT. OF CONSUMER AFFAIRS, BUREAU FOR PRIVATE POSTSECONDARY EDU. | $118,488.71 | $0.00 | $0.00 |
| 602Ab | CALIFORNIA DEPT. OF CONSUMER AFFAIRS, BUREAU FOR PRIVATE POSTSECONDARY EDU. | $69,393.14 | $0.00 | $0.00 |

Total to be paid to priority claims: $6,882.31
Remaining balance: $24,134,969.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,232,027,937.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 83 | THE ATLANTIS COMPANY | $3,573.99 | $0.00 | $70.01 |
| 101 | DENISE NELSON | $986.00 | $0.00 | $19.32 |
| 261A | DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE | $0.00 | $0.00 | $0.00 |
| 272 | LUCENT MEDIA, LLC | $0.00 | $0.00 | $0.00 |
| 413A | LIBERTY MUTUAL INSURANCE COMPANY | $683,605.67 | $0.00 | $13,391.58 |
| 436b | STUDENT CU CONNECT CUSO, LLC ("CUSO") | $127,844,857.00 | $0.00 | $2,504,433.26 |
| 520A | JORGE VILLALBA, JAMES ERIC BREWER, JOSHUA CAHILL, JUAN HINCAPIE, AND CHERYL HOUSE, ON THEIR OWN BEHA | $1,099,896,000.00 | $0.00 | $21,546,554.05 |
| 602Ac | CALIFORNIA DEPT. OF CONSUMER AFFAIRS, BUREAU FOR PRIVATE POSTSECONDARY EDU. | $587,899.08 | $0.00 | $11,516.72 |
| 604 | U.S. DEPARTMENT OF VETERANS AFFAIRS (VA) | $3,011,015.88 | $0.00 | $58,984.68 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $24,134,969.62 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $25.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 227a | STATE OF FLORIDA - DEPARTMENT OF REVENUE | $25.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Deborah J. Caruso
Deborah J. Caruso, Trustee

Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204
Phone: (317) 634-0300
Fax: (317) 453-8628

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.