UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF03011 (rev 04/2021)

In re:

**ESI Service Corp.**,
    Debtor.

Case No. **16–07208–JMC–7A**

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Deborah J. Caruso deposits the following unclaimed dividends with the Court:

| **Payee** | **Amount** |
|---|---|
| THE ATLANTIS COMPANY<br>PO Box 638356<br>Cincinnati, OH 45263 | $70.01 |
| **Total Amount**: | $70.01 |

Dated:  March 15, 2024

/s/ Deborah J. Caruso
Trustee